IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
NEWYORK

**DANTE HYNDMAN**

*Plaintiff,*

v.

**SMALL BUSINESS ADMINISTRATION**, et al.

*Defendants*

22-cv-4973 (PMH)

## MOTION FOR ISSUANCE OF SUMMONS BY U.S. MARSHAL'S OFFICE

Plaintiff hereby petitions the court pursuant FRCvP Rule 4(3) and U.S.C. § 1915 - having been granted leave by this court to proceed *in forma pauperis*, Plaintiff asks that the court order issuance of summons to be served on the named Defendants by serving the Defendants and serving additional summons upon the U.S Attorney General, Merrick Garland and the U.S Attorney for the State New York Southern District, by the U.S. Marshal's Office.

Motion denied to the extent Plaintiff requests service of the summons and complaint on non-parties the United States Attorney General and United States Attorney for the Southern District of New York, as Plaintiff has not named them as defendants in this action and has not provided the Court any reason they should be joined in the action or that summonses should otherwise issue to them.

The Court construes Plaintiff's letter as a request to extend the time for the United States Marshals to effectuate service on defendants the United States Small Business Adminstration; Isabel Guzman, the Administrator of the SBA; Janet Yellen, the Secretary of the Treasury; and the United States of America via the United States Attorney for the Southern District of New York pursuant to the Court's Order of Service (Doc. 5), and grants same. The time to effectuate service on the named defendants is extended, *nunc pro tunc*, for 90 days from the date of this order. Plaintiff is reminded that it is his responsibility to request an extension of time for service if the complaint is not served within 90 days of the date of this order. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

The Clerk of Court is respectfully requested to terminate the motion (Doc. 9) and to mail a copy of this Order to Plaintiff.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        October 24, 2022