**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DANTE HYNDMAN,

                     Plaintiff,

    -against-                                              22 **CIVIL** 4973 (PMH)

                                                                       **<u>JUDGMENT</u>**

SMALL BUSINESS ADMINISTRATION;
ISABEL GUZMAN, in her official capacity as
Administrator of the Small Business
Administration; JANET YELLEN, in her official
capacity as Secretary of the Treasury; and the
UNITED STATES OF AMERICA,

                    Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 22, 2024, Plaintiff's claims are dismissed with prejudice as any amendment would be futile. Accordingly, the case is closed.

**Dated:**  New York, New York

      January 22, 2024

                                                               **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                                    **BY:**    _____
                                                                **Deputy Clerk**